# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN HILL, | ) NO. CV 10-1924-VAP (MAN) |
| Petitioner, | ) |
| v. | ) ORDER ADOPTING FINDINGS, |
| WARDEN OF VICTORVILLE, | ) CONCLUSIONS, AND RECOMMENDATIONS |
| Respondent. | ) OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), Petitioner's Objections to the Report, and Petitioner's Motion for Abeyance ("Motion"). The Court has conducted a *de novo* review of those matters to which objections have been stated in writing. Having completed its review, the Court: concludes that staying this action is not warranted; and accepts and adopts the Report and the findings of fact, conclusions of law, and recommendations therein.

IT IS ORDERED that: (1) the Petition is DENIED; (2) the Motion is DENIED; and (3) Judgment shall be entered dismissing this action.

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
2 the Judgment herein on the parties.
3
4    LET JUDGMENT BE ENTERED ACCORDINGLY.
5
6 DATED:  June 28, 2010              .
7
8                                              *Virginia A. Phillips*
                                    ─────────────────────────────────
9                                        VIRGINIA A. PHILLIPS
                                     UNITED STATES DISTRICT JUDGE