**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| NATHAN HILL, | ) | NO. CV 10-1924-VAP (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN OF VICTORVILLE, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed.

DATED: June 28, 2010                          .

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE